**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KODIAK GAS SERVICES, LLC** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:24-cv-04942** |
| **ALEX LAPIANA AND** | § | |
| **JESUS ELIZONDO** | § | |
| | § | |
| ***Defendants*.** | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Kodiak Gas Services, LLC gives notice that the above-captioned action against Defendants Alex LaPiana and Jesus Elizondo is dismissed without prejudice. Defendants have not yet served an answer or a motion for summary judgment.

Dated: March 26, 2025

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Michael P. Jones*

Michael P. Jones
State Bar No. 24072174
Federal ID No. 1091718
michael.jones@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 890-5000
Facsimile: (713) 890-5001

Ronahn I. Clarke (*pro hac vice*)
ronahn.clarke@morganlewis.com
One Federal Street
Boston, Massachusetts 02110-1726
Telephone: (617) 341-7700
Facsimile: (617) 341-7701

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on March 26, 2025, I served a copy of the foregoing instrument on all counsel of record using the Court's ECF system.

*/s/ Michael P. Jones*

Michael P. Jones